IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ANGIE JOYCE LEE, | * |
| Plaintiff, | * |
| v. | Case No. 4:23-cv-69 (CDL) |
| | * |
| ROLLING HILLS, LLC., *et al.*, | * |
| Defendants. | * |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 10, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 10th day of January 2024.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk